UNITED STATES of America, Appellee,

v.

Edgar LARA–GARCIA, Appellant.

No. 11–2507.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 21, 2011.

Filed: Dec. 28, 2011.

Michelle M. Law, Asst. Fed. Public Defender, Springfield, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Robyn L. McKee, Asst. U.S. Atty., Springfield, MO, for appellee.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Edgar Lara–Garcia pleaded guilty to illegal reentry after deportation. *See* 8 U.S.C. § 1326(a) and (b)(2). The district court [1] sentenced him to 18 months in prison and 3 years of supervised release. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), asserting that the sentence was unreasonable.

---

[1]. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

We conclude the district court did not impose an unreasonable sentence: the court committed no significant procedural error in sentencing Lara–Garcia, *see United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc) (describing procedural error); and Lara–Garcia has not rebutted the presumption that his sentence, at the bottom of the undisputed Guidelines range, was substantively reasonable, *see United States v. Hull,* 646 F.3d 583, 588 (8th Cir.2011) (sentence within advisory Guidelines range is presumed reasonable). Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issue. Accordingly, we grant counsel's motion to withdraw, and we affirm.